JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kristen Pierson | Case No.  CV 16-03564-AB (SSx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Ticketfly, LLC., et al. | |
| Defendants. | |

      THE COURT having been advised by counsel that the above-entitled action has been settled;

      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 19, 2016      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE